**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-02834

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David J. Yole and Cheryl Yole, David J. Yole and Cheryl Yole<br>       Debtors.<br>_____<br>Navy Federal Credit Union<br>       Movant,<br>  vs.<br>David J. Yole and Cheryl Yole, David J. Yole and Cheryl Yole, Debtors; Edward J. Maney, Trustee.<br>       Respondents. | No. 2:09-bk-27202-GBN<br><br>Chapter 13<br><br>EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |

  Pursuant to the Order entered on March 19, 2010, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtors; were obligated to make specified payments which they have failed to make.

  The Debtors have failed to comply thereby necessitating a written Notice of Default.

Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Navy Federal Credit Union and Navy Federal Credit Union may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 7754 East Decatur Circle Mesa AZ 85207 ("Property" herein) and legally described as:

Lot 25, OF SUN VALLEY VIEW, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 389 of Maps, Page 44 and Certificate of Change recorded as 95-156456, of Official Records.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

UNITED STATES BANKRUPTCY JUDGE

"Exhibit A"

**ORDERED ACCORDINGLY.**

**Dated: March 19, 2010**



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO** P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-02834

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David J. Yole and Cheryl Yole<br>    Debtors.<br>_____<br>Navy Federal Credit Union<br><br>    Movant,<br>  vs.<br><br>David J. Yole and Cheryl Yole, Debtors; Edward J. Maney, Trustee.<br><br>    Respondents. | No. 2:09-bk-27202-GBN<br><br>Chapter 13<br><br>(Related to Docket #16)<br><br>**ORDER APPROVING STIPULATION REGARDING MOTION FOR RELIEF** |

    IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein David J. Yole

and Cheryl Yole, are designated as trustors and Navy Federal Credit Union is the current beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 25, OF SUN VALLEY VIEW, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 389 of Maps, Page 44 and Certificate of Change recorded as 95-156456, of Official Records.

IT IS FURTHER ORDERED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 5 Monthly Payments(s) at $1,398.26 | $6,991.30 |
| (November 1, 2009 - March 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $800.00 |
| Suspense Amount | ($66.69) |
| Total | $7,874.61 |

1.     The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,312.44 shall be in addition to the regular monthly payment and shall be due on or before the 15th day of the month commencing with the April 15, 2010 payment and continuing throughout and concluding on or before August 15, 2010. The sixth final payment in the amount of $1,312.41 shall be paid on or before September 15, 2010.

2.     In addition to the payment listed in Paragraph 1, the Debtors, will make the regular post-petition payment due for April 1, 2010, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER ORDERED that Navy Federal Credit Union as the current beneficiary under the above described Deed of Trust agrees not to conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust, so long as the terms of this Order are complied with. In the event of default in making any payments described herein Secured Creditor is permitted, in its discretion, to conduct a

Trustee's Sale, judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property upon giving written notice of such default to debtors, Debtors' Counsel and Trustee and Debtors' failure to cure such default within fifteen (15) days of the date of such notice.  In the event said default is not cured within said fifteen (15) day period, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the Plan.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors will be charged $150.00 for fees and costs associated with handling the curing of the default, to be paid together with the defaulted payment and late charge.  Debtors shall tender the default payment, late charge and the additional $150.00 fee for attorney's fees and costs, as set forth above, in the form of a <u>cashier's check or money order</u>, made payable to Movant.  If the defaulted payments are not received by Movant, together with the late charge and the $150.00 default fee, within fifteen days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan.

IT IS FURTHER ORDERED that if Debtor' Bankruptcy Case No. 2:09-bk-27202-GBN is dismissed, either voluntary or involuntary, for any reason, this Order will become null and void and Navy Federal Credit Union, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the

portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

      IT IS FURTHER ORDERED that any hearings scheduled in the matter are vacated.

      DATED this _____ day of 2010.

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

**TIFFANY & BOSCO**
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-02834

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-27202-GBN |
| David J. Yole and Cheryl Yole, David J. Yole and Cheryl Yole | Chapter 13 |
| Debtors. | NOTICE OF DEFAULT |
| Navy Federal Credit Union | RE: Real Property Located at 7754 East Decatur Circle Mesa, AZ 85207 |
| Movant, vs. | |
| David J. Yole and Cheryl Yole, David J. Yole and Cheryl Yole, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

Navy Federal Credit Union secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1. An Order was entered on March 19, 2010which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust

recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

Lot 25, OF SUN VALLEY VIEW, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 389 of Maps, Page 44 and Certificate of Change recorded as 95-156456, of Official Records.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 7 Monthly Payments(s) at $1,398.26 | $9,787.82 |
| (November 1, 2009 - May 1, 2010) | |
| 2 Adequate Protection Charge(s) at $1,312.44 | $2,624.88 |
| (April 15, 2009 - May 15, 2010) | |
| Attorneys Fees | $150.00 |
| Total | $12,562.70 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 14th day of May, 2010.

                                        TIFFANY & BOSCO, P.A.

                                        By /s/ MSB # 010167
                                               Mark S. Bosco
                                               Leonard J. McDonald
                                               2525 East Camelback Road
                                               Suite 300
                                               Phoenix, Arizona 850165
                                               Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.